IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00958-EWN-MJW

HARVEY SENDER,

Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Preliminary Pretrial Conference (docket no. 21) is GRANTED.  The Preliminary Pretrial Conference set on November 9, 2006, at 9:00 a.m. is VACATED.

Counsel are reminded of the previously scheduled telephone status conference set for December 14, 2006, at 8:30 a.m.  Plaintiff shall initiate the telephone conference call.  The court's telephone number is 303-844-2403.  At the telephone status conference, the parties shall be prepared to inform this court on status concerning trial setting in the companion Nevada state district court case.

Date:  November 6, 2006