## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-EWN-MJW

HARVEY SENDER, in his capacity as the
Bankruptcy Trustee for the Estate of Donald Root,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

      Defendant.

---

### ORDER GRANTING UNOPPOSED MOTION TO VACATE
### DEADLINE TO SERVE EXPERT WITNESS DISCLOSURES
( Docket po 24 )

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to

Vacate Deadline to Serve Expert Witness Disclosures, and the Court being fully advised in the

premises and finding that good cause has been demonstrated to grant the proposed relief;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court Orders that the

deadline of November 30, 2006 for the parties' expert witness disclosures is hereby vacated and

shall be reset for a later date.

DATED this _1 st_ day of _December_ , 2006.

BY THE COURT:

MICHAEL J. WATANABE
United States Magistrate Judge