IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-EWN-MJW

HARVEY SENDER, in his capacity as the
Bankruptcy Trustee for the Estate of Donald Root,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

    Defendant.

---

### ~~PROPOSED~~ ORDER GRANTING
### JOINT MOTION TO AMEND THE SCHEDULING ORDER ( Docket No 35)

---

THIS MATTER having come before the Court on the parties Joint Motion to Amend the Scheduling Order, and the Court being fully advised in the premises and finding that good cause has been demonstrated to grant the proposed relief;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court Orders that the deadline to designate affirmative experts is extended to September 10, 2007, and the deadline to designate rebuttal experts is extended October 8, 2007

DATED this 27th day of July, 2007.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge