IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-EWN-MJW

HARVEY SENDER, in his capacity as the
Bankruptcy Trustee for the Estate of Donald Root,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

    Defendant.

---

## ~~PROPOSED~~ ORDER GRANTING
## JOINT MOTION TO STAY ALL REMAINING DEADLINES IN THE
## AMENDED SCHEDULING ORDER (Docket No. 40)

---

THIS MATTER having come before the Court on the parties Joint Motion to Stay all Remaining Deadlines in the Amended Scheduling Order, and the Court being fully advised in the premises and finding that good cause has been demonstrated to grant the proposed relief;

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court Orders that the all remaining deadlines in the Amended Scheduling Order are stayed until after the December 3, 2007 Status Conference.

DATED this 10th day of September, 2007.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge