# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-EWN-MJW

HARVEY SENDER, in his capacity as the
Bankruptcy Trustee for the Estate of Donald Root,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

    Defendant.

---

ORDER RE: JOINT MOTION FOR ADMINISTRATIVE CLOSURE

---

The Court, having reviewed the Joint Motion for Administrative Closure and having no objections thereto grants the Joint Motion for Administrative Closing in its entirety.

IT IS SO ORDERED this 1st day of February, 2008.

                          BY THE COURT:


                          s/ Edward W. Nottingham
                          Chief United States District Judge