IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-PAB-MJW

HARVEY SENDER, in his capacity as the
Bankruptcy Trustee for the Estate of Donald Root,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff's unopposed motion to reopen this administratively closed case [Docket No. 47]. The Court being aware of the motion's premises, it is

    **ORDERED** that the unopposed motion to reopen this administratively closed case [Docket No. 47] is GRANTED. This case shall no longer be administratively closed. It is further

    **ORDERED** that, on or before **Friday, August 3, 2012**, the parties shall file a joint status report informing the Court how soon this matter can be set for trial and what deadlines should be set between now and the trial date.

    DATED July 23, 2012.