IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-PAB-MJW

HARVEY SENDER, in his capacity as the Bankruptcy Trustee for the Estate of Donald Root,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unopposed Motion to Modify the Scheduling Order (Docket No. 61) is granted, finding good cause shown.  The Scheduling Order (Docket No. 56) is thus amended to extend the deadlines for plaintiff to disclose experts and to move for punitive damages up to and including February 17, 2013, and for defendant to disclose its experts up to and including March 19, 2013.

Date: January 14, 2013