IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00958-PAB-MJW

HARVEY SENDER, in his capacity as the Bankruptcy Trustee for the Estate of Donald Root,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion for Leave to Amend the Final Pretrial Order (Docket No. 90) is granted in that the amended  Plaintiff's Exhibit List found at Docket No. 90-1 is accepted for filing as a separate supplemental document to the Final Pretrial Order (Docket No. 86).  It is

     FURTHER ORDERED that the Final Pretrial Order (Docket No. 86) is thus amended.

Date: November 5, 2013